IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-55-D

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| MARKITA D. SIMON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

For the reasons stated in the United States' response in opposition [D.E. 4, 4-1], the court DENIES defendant's motion for early termination of supervised release [D.E. 2].

SO ORDERED. This 21 day of November, 2025.

JAMES C. DEVER III
United States District Judge